IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANYON BRIDGE CAPITAL PARTNERS, )<br>LLC, a Cayman Islands Limited Liability )<br>Company, CANYON BRIDGE CAPITAL )<br>MANAGEMENT, LLC, a Delaware Limited )<br>Liability Company, CANYON BRIDGE )<br>FUND I, LP, a Cayman Islands Limited )<br>Partnership, HONG JOHN KAO, HEBER )<br>RAYMOND BINGHAM, and PETER CHIN )<br>KUO, )<br>)<br>Defendants. ) | C.A. No. 22-00947-VAC |

## DEFENDANTS' JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Capital Management, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo hereby file their demand that this action be tried by a jury composed of the maximum number allowed by law, on each and every issue and claim so triable.

OF COUNSEL:

Adam R. Fox
Chassica Soo
Jesse Taylor
Shaun Kim
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street
31st Floor
Los Angeles, California 90071
(213) 624-2500

Dated: July 25, 2022
10269688

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
Myron T. Steele (#000002)
Jonathan A. Choa (#5319)
Matthew F. Davis (#4696)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000

*Attorneys for Defendants Canyon Bridge Capital Management, LLC, Hong John Kao, Heber Raymond Bingham and Peter Chin Kuo*