## CERTIFICATION OF NO NEW ISSUES

Pursuant to Section 5 of the Standing Order for Objections Filed Under Fed. R. Civ. P. 72, undersigned counsel hereby certifies that the objections do not raise new legal or factual arguments.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ *Jesse L. Noa* |
| Adam R. Fox | Myron T. Steele (#00002) |
| Chassica Soo | Matthew F. Davis (#4696) |
| Jesse Taylor | Jesse L. Noa (#5973) |
| Shaun Kim | Hercules Plaza, 6th Floor |
| SQUIRE PATTON BOGGS (US) LLP | 1313 North Market Street |
| 555 South Flower Street | P.O. Box 951 |
| 31st Floor | Wilmington, Delaware 19899-0951 |
| Los Angeles, California 90071 | (302) 984-6000 – Telephone |
| (213) 624-2500 |  |
|  | *Attorneys for Defendants* |
| Dated: August 5, 2024 |  |