**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Jesse L. Noa
Partner
Attorney at Law

jnoa@potteranderson.com
Direct  302.984.6146

August 8, 2024

**CM/ECF and HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

Re: *Chow v. Canyon Bridge Capital Management, LLC, et. al.,*
     C.A. No. 1:22-cv-00947-JLH-SRF (D. Del.)

Dear Judge Hall:

Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, enclosed please find courtesy copies of the following pleadings relating to Defendant's Objections to Report and Recommendation (D.I. 48).

| Docket No. | Date Filed | Description |
|---|---|---|
| 1-1 | 07/18/22 | Verified Complaint for Breach of Contract, Breach of Fiduciary Duty and Declaratory Judgment (filed 10/18/21 Del. Ch.) |
| 1-1 | 07/18/22 | Amended Verified Complaint for Deceit, Breach of Contract, Breach of Fiduciary Duty, Constructive Fraud, Unjust Enrichment, Declaratory Judgment and Other Appropriate Relief (filed 06/10/22 Del. Ch.) |
| 3 | 07/18/22 | Declaration of Peter Chin Kuo in Support of Notice of Removal of Defendants Canyon Bridge Capital Management, LLC, Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo |
| 4 | 07/18/22 | Declaration of Hong John Kao in Support of Notice of Removal of Defendants Canyon Bridge Capital |

The Honorable Jennifer L. Hall
United States District Court
August 8, 2024
Page 2

| | | |
|---|---|---|
| | | Management, LLC, Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo |
| 5 | 07/18/22 | Declaration of Herber Raymond Bingham in Support of Notice of Removal of Defendants Canyon Bridge Capital Management, LLC, Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo |
| 13 | 07/25/22 | Opening Brief of Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo in Support of Their Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction |
| 16 | 07/25/22 | Defendant Canyon Bridge Capital Management, LLC's Opening Brief in Support of Motion to Dismiss the Amended Complaint |
| 26 | 09/02/22 | Plaintiff's Brief in Opposition to Defendant Canyon Bridge Capital Management, LLC's Motion to Dismiss Counts VI, VII, VIII and X of the Verified Amended Complaint |
| 27 | 09/02/22 | Plaintiff's Brief in Opposition to the Motion of Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo to Dismiss for Insufficient Service and Lack of Personal Jurisdiction |
| 30 | 09/223/22 | Reply Brief of Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo in Support of Their Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction |
| 31 | 09/23/22 | Defendant Canyon Bridge Capital Management, LLC's Reply Brief in Support of Motion to Dismiss the Amended Complaint |
| 35 | 09/30/22 | Plaintiff's Motion for Leave to File a Sur-Reply to Reply Brief of Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo in Support of Their Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction |

The Honorable Jennifer L. Hall
United States District Court
August 8, 2024
Page 3

| | | |
|---|---|---|
| 36 | 10/14/22 | Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo's Opposition to Plaintiff's Motion for Leave to File a Sur-Reply |
| 37 | 10/21/22 | Plaintiff's Reply Brief on His Motion for Leave to File a Sur-Reply to Reply Brief of Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, L.P., Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo in Support of Their Motion to Dismiss for Insufficient Service and Lack of Personal Jurisdiction |
| 45 | 03/09/24 | Official Transcript of Motions Hearing held on 03/06/24 before Judge Sherry Fallon |
| 46 | 07/22/2024 | Report and Recommendation |
| 48 | 08/05/2024 | Defendant's Objections to Report and Recommendation |

Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully,

*/s/ Jesse L. Noa*

Jesse L. Noa
Del. Bar No. 5973

JLN/drt
Enclosures
11687875

cc: Counsel of Record (w/o enclosures) (via CM/ECF)