**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BENJAMIN BIN CHOW, </br></br> Plaintiff, </br></br> v. </br></br> CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 22-00947-JLH-SRF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Tyler E. Cragg, Esquire, of Potter Anderson & Corroon LLP, as counsel for Defendants Canyon Bridge Capital Management, LLC, Hong John Kao, Heber Raymond Bingham and Peter Chin Kuo.

                                            POTTER ANDERSON & CORROON LLP

                                            By: */s/ Tyler E. Cragg*
                                                 Myron T. Steele (#00002)
                                                 Matthew F. Davis (#4696)
                                                 Jesse L. Noa (#5973)
                                                 Tyler E. Cragg (#6398)
                                                 Hercules Plaza, 6th Floor
                                                 1313 North Market Street
                                                 P.O. Box 951
                                                 Wilmington, Delaware 19899-0951
                                                 (302) 984-6000 – Telephone

Dated: August 20, 2024                             *Attorneys for Defendants*