**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



**Tyler E. Cragg**
Associate
Attorney at Law

tcragg@potteranderson.com
Direct 302.984.6214

August 26, 2024

**CM/ECF and HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: *Chow v. Canyon Bridge Capital Management, LLC, et. al.,*
C.A. No. 1:22-cv-00947-JLH-SRF (D. Del.)

Dear Judge Hall:

As a follow-up to our August 8, 2024 letter and pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, enclosed please find a courtesy copy of the following pleading relating to Defendant's Objections to Report and Recommendation (D.I. 48).

| Docket No. | Date Filed | Description |
|---|---|---|
| 50 | 08/19/2024 | Response to Objections by Benjamin Bin Chow |

Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully,

*/s/ Tyler E. Cragg*

Tyler E. Cragg
Del. Bar No. 6398

TYEC/drt
Enclosures
11687875

cc: Counsel of Record (w/o enclosures) (via CM/ECF)