### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANYON BRIDGE CAPITAL PARTNERS, )<br>LLC, a Cayman Islands Limited Liability )<br>Company, CANYON BRIDGE CAPITAL )<br>MANAGEMENT, LLC, a Delaware Limited )<br>Liability Company, CANYON BRIDGE )<br>FUND I, LP, a Cayman Islands Limited )<br>Partnership, HONG JOHN KAO, HEBER )<br>RAYMOND BINGHAM, and PETER CHIN )<br>KUO, )<br>)<br>Defendants. ) | C.A. No. 22-00947-JLH-SRF |

### **RULE 7.1.1 CERTIFICATE**

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendants have made reasonable efforts to reach agreement with opposing counsel regarding Defendants' Emergency Motion to Continue the Initial Scheduling Conference and Stay Related Deadlines (the "Motion"). Delaware counsel for Defendants engaged in a telephonic meet and confer with Plaintiff's Delaware counsel regarding whether Plaintiff would consent to the Motion. Despite the telephonic meet and confer, Plaintiff's counsel stated that Plaintiff would not consent to the Motion.

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Jesse L. Noa* |
| Adam R. Fox | Myron T. Steele (#00002) |
| Chassica Soo | Matthew F. Davis (#4696) |
| Jesse Taylor | Jesse L. Noa (#5973) |
| Shaun Kim | Tyler E. Cragg (#6398) |
| SQUIRE PATTON BOGGS (US) LLP | Hercules Plaza, 6th Floor |
| 555 South Flower Street | 1313 North Market Street |
| 31st Floor | P.O. Box 951 |
| Los Angeles, California 90071 | Wilmington, Delaware 19899-0951 |
| (213) 624-2500 | (302) 984-6000 – Telephone |
| Dated: September 10, 2024 | *Attorneys for Defendants* |