# EXHIBIT A

**Cragg, Tyler E.**

| | |
|---|---|
| **From:** | Daniel Markham <dmarkham@wmlawny.com> |
| **Sent:** | Friday, September 6, 2024 6:13 PM |
| **To:** | Fox, Adam R. |
| **Cc:** | Soo, Chassica; dtaylor@skjlaw.com; jmiller@skjlaw.com; Jodie Gerard; Michael Levin; Hsu, James L.; Taylor, Jesse; Kim, Shaun; Noa, Jesse L.; Cragg, Tyler E.; Steele, Myron T.; Davis, Matthew F. |
| **Subject:** | Re: [EXT] RE: Chow v. Canyon Bridge Capital Management, LLC et al - Rule 16(b) Conference |

> ** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

This case has been going on long enough and a conference is needed to help move it along.

Dan

Get Outlook for iOS

**From:** Fox, Adam R. <adam.fox@squirepb.com>
**Sent:** Friday, September 6, 2024 6:11:07 PM
**To:** Daniel Markham <dmarkham@wmlawny.com>
**Cc:** Soo, Chassica <chassica.soo@squirepb.com>; dtaylor@skjlaw.com <dtaylor@skjlaw.com>; jmiller@skjlaw.com <jmiller@skjlaw.com>; Jodie Gerard <gerard@wmlawny.com>; Michael Levin <mlevin@wmlawny.com>; Hsu, James L. <james.hsu@squirepb.com>; Taylor, Jesse <jesse.taylor@squirepb.com>; Kim, Shaun <shaun.kim@squirepb.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cragg, Tyler E. <tcragg@potteranderson.com>; Steele, Myron T. <msteele@potteranderson.com>; Davis, Matthew F. <mdavis@potteranderson.com>
**Subject:** Re: [EXT] RE: Chow v. Canyon Bridge Capital Management, LLC et al - Rule 16(b) Conference

Dan,

Same question: why?

Adam

Sent from my iPhone

> On Sep 6, 2024, at 3:04 PM, Daniel Markham <dmarkham@wmlawny.com> wrote:
>
> Hi Chassica:
>
> We do not consent to a continuance.
>
> Dan
>
> <image001.jpg>

1

**Daniel F. Markham, Esq.**
Wrobel Markham LLP

1407 Broadway, Suite 4002
New York, NY 10018

(212) 421-8100 office
(212) 421-8170 fax
dmarkham@wmlawny.com
www.wmlawny.com

This email may contain confidential or privileged information. If you believe you have received it in error, please notify me immediately and delete the message without copying, saving, or disclosing it.

---

**From:** Soo, Chassica <chassica.soo@squirepb.com>
**Sent:** Friday, September 6, 2024 5:30 PM
**To:** Daniel Markham <dmarkham@wmlawny.com>; dtaylor@skjlaw.com; jmiller@skjlaw.com; Jodie Gerard <gerard@wmlawny.com>; Michael Levin <mlevin@wmlawny.com>
**Cc:** Fox, Adam R. <adam.fox@squirepb.com>; Hsu, James L. <james.hsu@squirepb.com>; Taylor, Jesse <jesse.taylor@squirepb.com>; Kim, Shaun <shaun.kim@squirepb.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cragg, Tyler E. <tcragg@potteranderson.com>; Steele, Myron T. <msteele@potteranderson.com>; Davis, Matthew F. <mdavis@potteranderson.com>
**Subject:** RE: Chow v. Canyon Bridge Capital Management, LLC et al - Rule 16(b) Conference

Hi Dan,

We think it is premature to propose a case schedule before the pleadings have been settled. Would Plaintiff oppose a request for a continuance?

Chassica

---

**From:** Daniel Markham <dmarkham@wmlawny.com>
**Sent:** Friday, September 6, 2024 2:14 PM
**To:** Soo, Chassica <chassica.soo@squirepb.com>; dtaylor@skjlaw.com; jmiller@skjlaw.com; Jodie Gerard <gerard@wmlawny.com>; Michael Levin <mlevin@wmlawny.com>
**Cc:** Fox, Adam R. <adam.fox@squirepb.com>; Hsu, James L. <james.hsu@squirepb.com>; Taylor, Jesse <jesse.taylor@squirepb.com>; Kim, Shaun <shaun.kim@squirepb.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cragg, Tyler E. <tcragg@potteranderson.com>; Steele, Myron T. <msteele@potteranderson.com>; Davis, Matthew F. <mdavis@potteranderson.com>
**Subject:** [EXT] RE: Chow v. Canyon Bridge Capital Management, LLC et al - Rule 16(b) Conference

Chassica:

Why?

Dan

<image001.jpg>
**Daniel F. Markham, Esq.**
Wrobel Markham LLP

1407 Broadway, Suite 4002

New York, NY 10018

(212) 421-8100 office
(212) 421-8170 fax
dmarkham@wmlawny.com
www.wmlawny.com
This email may contain confidential or privileged information. If you believe you have received it in error, please notify me immediately and delete the message without copying, saving, or disclosing it.

**From:** Soo, Chassica <chassica.soo@squirepb.com>
**Sent:** Friday, September 6, 2024 5:11 PM
**To:** dtaylor@skjlaw.com; jmiller@skjlaw.com; Daniel Markham <dmarkham@wmlawny.com>; Jodie Gerard <gerard@wmlawny.com>; Michael Levin <mlevin@wmlawny.com>
**Cc:** Fox, Adam R. <adam.fox@squirepb.com>; Hsu, James L. <james.hsu@squirepb.com>; Taylor, Jesse <jesse.taylor@squirepb.com>; Kim, Shaun <shaun.kim@squirepb.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Cragg, Tyler E. <tcragg@potteranderson.com>; Steele, Myron T. <msteele@potteranderson.com>; Davis, Matthew F. <mdavis@potteranderson.com>
**Subject:** Chow v. Canyon Bridge Capital Management, LLC et al - Rule 16(b) Conference

Counsel,

Defendants plan to seek a continuance of the Rule 16(b) Conference currently scheduled for September 18, and to move the September 13 deadline for the parties to submit a proposed scheduling order.  Please let us know whether Plaintiff will stipulate to such an extension, in which case we will circulate a draft stipulation for your approval.

Thank you,
Chassica

<image002.jpg>

**Chassica Soo**
Senior Associate
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

T  +1 213 689 6503
O  +1 213 624 2500
F  +1 213 623 4581
M  +1 818 288 6156

**chassica.soo@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

Over 40 Offices across 4 Continents

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes personal data that is subject to the requirements of applicable data protection laws, please see the relevant Privacy Notice regarding the processing of personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US