**Exhibit A: Deadlines**

| Event | Deadline |
|---|---|
| Rule 26(a)(l) Initial Disclosures and E-Discovery Default Standard (¶ 1) | October 9, 2024 |
| Application to the Court for Protective Order (¶ 4) | October 9, 2024 |
| Joinder of Other Parties and Amendment of Pleadings (¶ 2) | October 18, 2024 |
| Federal Rule 26(a)(2) Disclosure of Expert Testimony (¶ 3(c)) | March 31, 2025 |
| Interim Status Report (¶ 8) | April 14, 2025 |
| Status Conference (¶ 9) | May 27, 2025, 11:00 a.m. |
| Supplemental Disclosure to Contradict or Rebut Expert Reports (¶ 3(c)) | May 30, 2025 |
| Reply Expert Reports (¶ 3(c)) | June 24, 2025 |
| Discovery Cut Off (¶ 3(b)) | August 2, 2025 |
| Case Dispositive Motions (¶ 10) | September 5, 2025 |
| Jury Instructions, *voir dire*, and Special Verdict Forms (¶ 14) | February 20, 2026 |
| Pretrial Conference (¶ 13) | February 27, 2026, 11:00 a.m. |
| Trial (¶ 15) | March 6, 2026 |