# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, <br><br> Plaintiff, <br><br> v. <br><br> CANYON BRIDGE CAPITAL PARTNERS, LLC, *et al.,* <br><br> Defendant. | C.A. No. 22-cv-947-JLH-SRF |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on September 30, 2024, the Court issued an oral order adopting the Report and Recommendation regarding Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo's motion to dismiss for insufficient service and lack of personal jurisdiction (the "PJ Motion") and Canyon Bridge Capital Management, LLC's motion to dismiss (D.I. 64);

WHEREAS, the PJ Motion was denied (D.I. 64);

WHEREAS, Canyon Bridge Capital Management, LLC's motion to dismiss was granted and Plaintiff Benjamin Bin Chow was granted leave to amend (D.I. 64);

WHEREAS, the parties have conferred and agreed to an extension of time for Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo to respond to the amended complaint;

NOW THEREFORE, it is hereby stipulated and agreed by the parties, subject to the approval of the Court, that Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo's deadline to answer, or otherwise respond to the amended complaint is extended to November 5, 2024;

IT IS FURTHER STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that should Plaintiff Benjamin Bin Chow file a second amended complaint, Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, Peter Chin Kuo and Canyon Bridge Capital Management, LLC shall move, answer, or otherwise respond within 21 days of the filing of the second amended complaint.

| SMITH, KATZENSTEIN & JENKINS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Daniel A. Taylor*<br>    Jason Z. Miller (#6310)<br>    Daniel A. Taylor (#6934)<br>    1000 West Street, Suite 1501<br>    Wilmington, Delaware 19801<br>    (302) 652-8400 – Telephone<br><br>*Attorneys for Plaintiff Benjamin Bin Chow* | By: */s/ Tyler E. Cragg*<br>    Myron T. Steele (#00002)<br>    Matthew F. Davis (#4696)<br>    Jesse L. Noa (#5973)<br>    Tyler E. Cragg (#6398)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000 – Telephone<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this ____ day of _____, 2024.

_____
Magistrate Judge Sherry R. Fallon