# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BENJAMIN BIN CHOW, <br><br> Plaintiff, <br><br> v. <br><br> CANYON BRIDGE CAPITAL PARTNERS, LLC, *et al.*, <br><br> Defendants. | C.A. No. 22-947-JLH-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on October 17, 2024, Plaintiff Benjamin Bin Chow served his initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 3 of the District of Delaware Default Standard for Discovery, on the following counsel for Defendants via electronic mail:

Myron T. Steele
Matthew F. Davis
Jesse L. Noa
Tyler E. Cragg
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 1313 North Market Street, 6th Floor
Wilmington, Delaware 19899
msteele@potteranderson.com
mdavis@potteranderson.com
jnoa@potteranderson.com
tcragg@potteranderson.com

Adam R. Fox<br>
Chassica Soo<br>
Jesse Taylor<br>
Shaun Kim<br>
**SQUIRE PATTON BOGGS (US) LLP**<br>
555 South Flower Street, 31st Floor<br>
Los Angeles, California 90071<br>
adam.fox@squirepb.com<br>
chassica.soo@squirepb.com<br>
jesse.taylor@squirepb.com<br>
shaun.kim@squirepb.com

Dated: October 17, 2024

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Jason Z. Miller (No. 6310)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
jm@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Benjamin Bin Chow*