# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CANYON BRIDGE CAPITAL PARTNERS, ) <br> LLC, a Cayman Islands Limited Liability ) <br> Company, CANYON BRIDGE CAPITAL ) <br> MANAGEMENT, LLC, a Delaware Limited ) <br> Liability Company, CANYON BRIDGE ) <br> FUND I, LP, a Cayman Islands Limited ) <br> Partnership, HONG JOHN KAO, HEBER ) <br> RAYMOND BINGHAM, and PETER CHIN ) <br> KUO, ) <br> ) <br> Defendants. ) | C.A. No. 22-00947-JLH-SRF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 17, 2024, I caused a true and correct copy of Defendants' Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) and Paragraph 3 of the District of Delaware Default Standard for Discovery to be served by electronic mail upon the following counsel of record:

Daniel Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street
Ste 1501
Wilmington, DE 19801
dtaylor@skjlaw.com

Jason Z. Miller
Smith, Katzenstein, & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
jmiller@skjlaw.com

Daniel F. Markham
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
dmarkham@wmlawny.com

Jodie Gerard
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
gerard@wmlawny.com

Michael J. Levin
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
mlevin@wmlawny.com

OF COUNSEL:

Adam R. Fox
Chassica Soo
Jesse Taylor
Shaun Kim
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street
31st Floor
Los Angeles, California 90071
(213) 624-2500

Dated: October 17, 2024
22332.00001

POTTER ANDERSON & CORROON LLP

By: /s/ *Tyler E. Cragg*
Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Jesse L. Noa (#5973)
Tyler E. Cragg (#6398)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone

*Attorneys for Defendants*

11833589v.1