# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) ) ) ) ) ) ) ) ) C.A. No. 22-00947-JLH-SRF |
| | ) |
| Defendants. | ) |

**DEFENDANTS CANYON BRIDGE CAPITAL PARTNERS, LLC, CANYON BRIDGE FUND I, LP, HONG JOHN KAO, HEBER RAYMOND BINGHAM, AND PETER CHIN KUO'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rules 9(b) and 12(c) of the Federal Rules of Civil Procedure, Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo, by and through their undersigned counsel, hereby move to dismiss with prejudice the Amended Verified Complaint filed by Plaintiff in the above-captioned action. The grounds for this Motion for Judgment on the Pleadings are set forth in greater detail in Defendants' Opening Brief in Support of their Motion for Judgment on the Pleadings, which is filed concurrently herewith.

2

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: /s/ *Jesse L. Noa* |
| Adam R. Fox | Myron T. Steele (#00002) |
| Chassica Soo | Matthew F. Davis (#4696) |
| Jesse Taylor | Jesse L. Noa (#5973) |
| Shaun Kim | Tyler E. Cragg (#6398) |
| SQUIRE PATTON BOGGS (US) LLP | Hercules Plaza, 6th Floor |
| 555 South Flower Street | 1313 North Market Street |
| 31st Floor | P.O. Box 951 |
| Los Angeles, California 90071 | Wilmington, Delaware 19899-0951 |
| (213) 624-2500 | (302) 984-6000 – Telephone |
| Dated: December 19, 2024 | *Attorneys for Defendants* |

2