## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, </br></br> Plaintiff, </br></br> v. </br></br> CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, </br></br> Defendants. | C.A. No. 22-00947-JLH-SRF |

**[PROPOSED] ORDER ON DEFENDANTS CANYON BRIDGE CAPITAL PARTNERS, LLC, CANYON BRIDGE FUND I, LP, HONG JOHN KAO, HEBER RAYMOND BINGHAM, AND PETER CHIN KUO'S MOTION FOR JUDGMENT ON THE PLEADINGS**

On December 19, 2024, Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo filed a Motion for Judgment on the Pleadings ("Motion") pursuant to Rules 9(b) and 12(c) of the Federal Rules of Civil Procedure. Having reviewed and considered the parties' respective papers and arguments and all other matters presented to the Court, and good cause appearing, IT IS HEREBY ORDERED:

Defendants' Motion is GRANTED. All remaining claims asserted in the Amended Verified Complaint are dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____  _____
United States District Court Judge