# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Jesse L. Noa, hereby certify that on December 19, 2024, Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, And Peter Chin Kuo's Opening Brief In Support Of Motion For Judgment On The Pleadings was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

I hereby certify that on December 19, 2024, the attached document was electronically mailed to the following person(s):

Daniel Taylor
Jason Z. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street
Ste 1501
Wilmington, DE 19801
dtaylor@skjlaw.com
jmiller@skjlaw.com

Daniel F. Markham
Jodie Gerard
Michael J. Levin
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
212-421-8100
dmarkhamwmlawny.com
gerard@wmlawny.com
mlevin@wmlawny.com

By: /s/ *Jesse L. Noa*
Myron T. Steele (#00002)
Matthew F. Davis (#4696)
Jesse L. Noa (#5973)
Tyler E. Cragg (#6398)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone