# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, A Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) ) ) ) ) ) ) ) ) ) C.A. No. 22-00947-JLH-SRF |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

**WHEREAS**, Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo ("Defendants") filed their motion for judgment on the pleadings (the "Motion") and opening brief in support thereof on December 19, 2024 (D.I. 72, 73);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, and subject to the approval of the Court, that the following schedule shall govern the briefing on Defendants' Motion:

1. Plaintiff shall file his answering brief in opposition to Defendants' Motion on or before January 16, 2025.

2. Defendants shall file their reply brief in support of their Motion on or before February 6, 2025.

| SMITH KATZENSTEIN & JENKINS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jason Z. Miller* | */s/ Tyler E. Cragg* |
| Jason Z. Miller (No. 6310) | Myron T. Steele (#0002) |
| Daniel A. Taylor (No. 6934) | Matthew F. Davis (#4696) |
| 1000 N. West Street, Suite 1501 | Jesse L. Noa (#5973) |
| Wilmington, DE 19899 | Tyler E. Cragg (#6398) |
| 302-652-8400 | Hercules Plaza, 6th Floor |
| jzm@skjaw.com | 1313 N. Market Street |
| dat@skjlaw.com | Wilmington, DE 19801 |
| | 302-984-6000 |
| *Attorneys for Plaintiff* | msteele@potteranderson.com |
| | mdavis@potteranderson.com |
| | jnoa@potteranderson.com |
| | tcragg@potteranderson.com |
| | *Attorneys for Defendants* |

Pursuant to the foregoing stipulation of the parties, **IT IS SO ORDERED**.

Dated: _____, 2024        _____
                                               The Honorable Sherry R. Fallon