# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CANYON BRIDGE CAPITAL PARTNERS, ) <br> LLC, a Cayman Islands Limited Liability ) <br> Company, CANYON BRIDGE CAPITAL ) <br> MANAGEMENT, LLC, a Delaware Limited ) <br> Liability Company, CANYON BRIDGE FUND ) <br> I, LP, a Cayman Islands Limited Partnership, ) <br> HONG JOHN KAO, HEBER RAYMOND ) <br> BINGHAM, and PETER CHIN KUO, ) <br> ) <br> Defendants. ) | C.A. No. 22-00947-JLH-SRF |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Canyon Bridge Capital Partners, LLC is a limited liability company. It does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Canyon Bridge Capital Partners, LLC is a limited liability company formed in the Cayman Islands whose members are Ray Bingham, Peter Chin Kuo and Hong John Kao. Mr. Bingham is a citizen of the State of Utah, Mr. Kao is a citizen of China, and Mr. Kuo is a citizen of Hong Kong. Accordingly, for purposes of diversity jurisdiction Canyon Bridge Capital Partners, LLC is a citizen of the State of Utah, China, and Hong Kong.

                          POTTER ANDERSON & CORROON LLP

                By: */s/ Tyler E. Cragg*
                    Myron T. Steele (#000002)
                    Matthew F. Davis (#4696)
                    Jesse L. Noa (#5973)
                    Tyler E. Cragg (#6398)
                    Hercules Plaza
                    P.O. Box 951
                    Wilmington, Delaware 19801
                    (302) 984-6000

Dated: January 13, 2025

*Attorneys for Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Heber Raymond Bingham, and Peter Chin Kuo*