# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 22-00947-JLH-SRF |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Canyon Bridge Fund I, LP is a limited partnership. It does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Canyon Bridge Fund I, LP is a limited partnership formed in the Cayman Islands. Canyon Bridge Fund I, LP has one limited partner and one general partner. Canyon Bridge Fund I, LP's limited partner is Yitai Capital Limited, a corporation formed under the laws of Hong Kong, with its principal place of business in Beijing, China. Canyon Bridge Fund I, LP's general partner is Canyon Bridge Capital Partners, LLC, a limited liability company formed in the Cayman Islands whose members are Ray Bingham, Peter Chin Kuo and Hong John Kao. Mr. Bingham is a citizen of the State of Utah, Mr. Kao is a citizen of China, and Mr. Kuo is a citizen of Hong Kong. Accordingly, for purposes of diversity jurisdiction Canyon Bridge Fund I, LP is a citizen of Hong Kong, China, and the State of Utah.

                        POTTER ANDERSON & CORROON LLP

                By:  */s/ Tyler E. Cragg*
                      Myron T. Steele (#000002)
                      Matthew F. Davis (#4696)
                      Jesse L. Noa (#5973)
                      Tyler E. Cragg (#6398)
                      Hercules Plaza
                      P.O. Box 951
                      Wilmington, Delaware 19801
                      (302) 984-6000

Dated: January 13, 2025        *Attorneys for Defendants*
                                      *Canyon Bridge Capital Partners, LLC, Canyon*
                                      *Bridge Fund I, LP, Hong John Kao, Heber*
                                      *Raymond Bingham, and Peter Chin Kuo*