## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CANYON BRIDGE CAPITAL PARTNERS, ) | |
| LLC, a Cayman Islands Limited Liability ) | |
| Company, CANYON BRIDGE CAPITAL ) | C.A. No. 22-00947-JLH-SRF |
| MANAGEMENT, LLC, a Delaware Limited ) | |
| Liability Company, CANYON BRIDGE ) | |
| FUND I, LP, a Cayman Islands Limited ) | |
| Partnership, HONG JOHN KAO, HEBER ) | |
| RAYMOND BINGHAM, and PETER CHIN ) | |
| KUO, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
### FOR EXTENSION OF DISCOVERY DEADLINES

AND NOW, this _____ day of _____, 2025, having considered Plaintiff's Motion for Extension of Discovery Deadlines, and having found good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED.

 

_____
The Honorable Sherry R. Fallon