# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CANYON BRIDGE CAPITAL PARTNERS, ) <br> LLC, A Cayman Islands Limited Liability ) <br> Company, CANYON BRIDGE CAPITAL ) <br> MANAGEMENT, LLC, a Delaware Limited ) <br> Liability Company, CANYON BRIDGE ) <br> FUND I, LP, a Cayman Islands Limited ) <br> Partnership, HONG JOHN KAO, HEBER ) <br> RAYMOND BINGHAM, and PETER CHIN ) <br> KUO, ) <br> ) <br> Defendants. ) | C.A. No. 22-00947-JLH-SRF |

### STIPULATION AND [PROPOSED] ORDER REGARDING
### AMENDMENT OF SCHEDULING ORDER

**WHEREAS**, on October 3, 2024 (D.I. 65) the Court entered a scheduling order ("Scheduling Order") governing this action;

WHEREAS, the parties wish to amend certain of the deadlines set forth in the Scheduling Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, and subject to the approval of the Court, that the Scheduling Order shall be modified as set forth below:

| Event | Deadline | Proposed Extended Deadline |
|---|---|---|
| Federal Rule 26(a)(2) Disclosure of Expert Testimony (¶ 3(c)) | March 31, 2025 | May 9, 2025 |
| Interim Status Report (¶ 8) | April 14, 2025 | June __, 2025 |
| Status Conference (¶ 9) | May 27, 2025, 11:00 a.m. | July __, 2025, __:00 _.m. |

| Event | Deadline | Proposed Extended Deadline |
|---|---|---|
| Supplemental Disclosure to Contradict or Rebut Expert Reports (¶ 3(c)) | May 30, 2025 | July 8, 2025 |
| Reply Expert Reports (¶ 3(c)) | June 24, 2025 | July 25, 2025 |
| Discovery Cut Off (¶ 3(b)) | August 2, 2025 | August 2, 2025 |
| Case Dispositive Motions (¶ 10) | September 5, 2025 | September 5, 2025 |
| Jury Instructions, *voir dire*, and Special Verdict Forms (¶ 14) | February 20, 2026 | February 20, 2026 |
| Pretrial Conference (¶ 13) | March 3, 2026, 2:00 p.m. | March 3, 2026, 2:00 p.m. |
| Trial (¶ 15) (5 days) | April 6, 2026 | April 6, 2026 |

SMITH KATZENSTEIN & JENKINS LLP           POTTER ANDERSON & CORROON LLP

*/s/ Jason Z. Miller*_____           */s/ DRAFT*_____
Jason Z. Miller (No. 6310)                                   Myron T. Steele (#0002)
Daniel A. Taylor (No. 6934)                                 Matthew F. Davis (#4696)
1000 N. West Street, Suite 1501                         Jesse L. Noa (#5973)
Wilmington, DE  19899                                       Tyler E. Cragg (#6398)
302-652-8400                                                        Hercules Plaza, 6th Floor
jzm@skjaw.com                                                   1313 N. Market Street
dat@skjlaw.com                                                   Wilmington, DE 19801
                                                                              302-984-6000
*Attorneys for Plaintiff*                                         msteele@potteranderson.com
                                                                              mdavis@potteranderson.com
                                                                              jnoa@potteranderson.com
                                                                              tcragg@potteranderson.com

                                                                              *Attorneys for Defendants*


    Pursuant to the foregoing stipulation of the parties, **IT IS SO ORDERED**.


Dated: _____, 2025           _____
                                                                          The Honorable Sherry R. Fallon