# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 22-00947-JLH-SRF

**AVERMENT OF JASON Z. MILLER ACCOMPANYING**
**MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

1. Our firm represents plaintiff Benjamin Bin Chow in this case.

2. I file this Averment pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of this Court.

3. On March 31, 2025, I spoke with Tyler Cragg, Delaware counsel for defendants, to follow up on previous email communications regarding plaintiff's Motion. I told Mr. Cragg that plaintiff intended to file a motion for extension of discovery deadlines given defendants' disagreement with plaintiff's requested extension. Mr. Cragg advised that defendants do not consent to the extension, but agreed that Rule 7.1.1 has been satisfied as the parties met and conferred with respect to the subject matter of plaintiff's motion.

Dated: March 31, 2025

*Of counsel:*

Daniel F. Markham
Michael Levin
WROBEL MARKHAM LLP
1407 Broadway, Suite 4002
New York, New York 10018
(212) 421-8100

SMITH, KATZENSTEIN & JENKINS LLP

_/s/ Jason Z. Miller_
Jason Z. Miller (No. 6310)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
jzm@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Benjamin Bin Chow*