IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CANYON BRIDGE CAPITAL PARTNERS, ) | |
| LLC, a Cayman Islands Limited Liability ) | |
| Company, CANYON BRIDGE CAPITAL ) | C.A. No. 22-00947-JLH-SRF |
| MANAGEMENT, LLC, a Delaware Limited ) | |
| Liability Company, CANYON BRIDGE ) | |
| FUND I, LP, a Cayman Islands Limited ) | |
| Partnership, HONG JOHN KAO, HEBER ) | |
| RAYMOND BINGHAM, and PETER CHIN ) | |
| KUO, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 3, 2024 Scheduling Order (D.I. 65), the parties hereby submit the following joint status report:

**Plaintiff's Position**

No discovery has taken place yet in connection with this action. Plaintiff's counsel requested an extension of certain deadlines set forth in the scheduling order, a request which defendants denied. Plaintiff currently awaits a decision on defendants' pending motion for judgment on the pleadings.

**Defendants' Position**

In the more than six months that have passed since discovery opened on October 3, 2024, Plaintiff has conducted no discovery, and designated no experts.[1]  The Local Rules now bar him

---

[1] On April 1, 2025, after the March 31, 2025 deadline for Plaintiff to designate experts and produce their accompanying reports, ***the Court*** denied Plaintiff's request to extend that deadline. D.I. 83.

1

from doing so. *See* L.R. 16.4 ("Unless otherwise ordered, a request for an extension of deadlines for completion of discovery or postponement of the trial shall be made by motion or stipulation ***prior to*** expiration of the date deadline . . . .") (emphasis added). Indeed, Plaintiff indicates that he is doing nothing other than await the Court's resolution of Defendants' motion for judgment on the pleadings. However the Court rules on that motion, it should dismiss his case for Plaintiff's independent failure to prosecute. *See* L.R. 41.1.

Dated: April 14, 2025

| SMITH, KATZENSTEIN & JENKINS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jason Z. Miller* | */s/ Jesse L. Noa* |
| Jason Z. Miller (No. 6310)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899 (courier 19801)<br>(302) 652-8400<br>jzm@skjlaw.com<br>dat@skjlaw.com | Myron T. Steele (#0002)<br>Matthew F. Davis (#4696)<br>Jesse L. Noa (#5973)<br>Tyler E. Cragg (#6398)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>msteele@potteranderson.com<br>mdavis@potteranderson.com<br>jnoa@potteranderson.com<br>tcragg@potteranderson.com |
| WROBEL MARKHAM LLP | SQUIRE PATTON BOGGS (US) LLP |
| Daniel F. Markham<br>Michael Levin<br>Jodie Gerard<br>1407 Broadway, Suite 4002<br>New York, New York 10018<br>(212) 421-8100 | Adam R. Fox<br>Chassica Soo<br>Jesse Taylor<br>Shaun Kim<br>555 South Flower Street<br>31st Floor<br>Los Angeles, California 90071<br>(213) 624-2500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |