# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, <br><br> Plaintiff, <br><br> v. <br><br> CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, <br><br> Defendants. | C.A. No. 22-00947-JLH-SRF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 30, 2025, I caused true and correct copies of the following:

1. *Defendants' First Set of Interrogatories to Plaintiff*;

2. *Defendants' First Set of Requests for Production to Plaintiff*;

3. *Defendants' First Set of Requests for Admission to Plaintiff*

to be served by electronic mail upon the following counsel of record

Daniel Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street
Ste 1501
Wilmington, DE 19801
dtaylor@skjlaw.com

Jason Z. Miller
Smith, Katzenstein, & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
jmiller@skjlaw.com

Daniel F. Markham
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
dmarkham@wmlawny.com

Michael J. Levin
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
mlevin@wmlawny.com

Jodie Gerard
Wrobel Markham LLP
1407 Broadway, Suite 4002
New York, NY 10018
gerard@wmlawny.com

OF COUNSEL:

Adam R. Fox
Chassica Soo
Jesse Taylor
Shaun Kim
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
(213) 624-2500

Dated: May 30, 2025
22332.00001

POTTER ANDERSON & CORROON LLP

By: /s/ *Tyler E. Cragg*
   Myron T. Steele (#00002)
   Matthew F. Davis (#4696)
   Jesse L. Noa (#5973)
   Tyler E. Cragg (#6398)
   Hercules Plaza, 6th Floor
   1313 North Market Street
   P.O. Box 951
   Wilmington, Delaware 19899-0951
   (302) 984-6000 – Telephone

*Attorneys for Defendants Canyon Bridge Capital Management, LLC, Canyon Bridge Capital Partners, LLC, Canyon Bridge Fund I, LP, Hong John Kao, Herber Raymond Bingham, and Peter Chin Kuo*