IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN BIN CHOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-00947-JLH-SRF |
| | ) | |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

AND NOW, this _____ day of _____, 2025, having considered the Motion to Withdraw as Counsel of Record for Plaintiff submitted by Jason Z. Miller, on behalf of his firm, Smith, Katzenstein & Jenkins LLP, and on behalf of Wrobel Markham LLP, and any response thereto, and all other submission and arguments,

IT IS HEREBY ORDERED that the Motion is GRANTED and the appearances of Jason Z. Miller and Daniel Taylor from Smith, Katzenstein & Jenkins LLP and Daniel F. Markham, Michael J. Levin, and Jodie Gerard from Wrobel Markham LLP are hereby WITHDRAWN.

_____
The Honorable Sherry R. Fallon