# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 22-00947-JLH-SRF |
| CANYON BRIDGE CAPITAL PARTNERS, ) | |
| LLC, a Cayman Islands Limited Liability ) | |
| Company, CANYON BRIDGE CAPITAL ) | |
| MANAGEMENT, LLC, a Delaware Limited ) | |
| Liability Company, CANYON BRIDGE ) | |
| FUND I, LP, a Cayman Islands Limited ) | |
| Partnership, HONG JOHN KAO, HEBER ) | |
| RAYMOND BINGHAM, and PETER CHIN ) | |
| KUO, ) | |
| ) | |
| Defendants. ) | |

## AVERMENT OF JASON Z. MILLER ACCOMPANYING MOTION TO WITHDRAW

1. Our firm represents plaintiff Benjamin Bin Chow in this case.

2. I file this Averment pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of this Court.

3. On June 4, 2025, I spoke with Jesse Noa, Delaware counsel for defendants, to follow up on a previous email communication regarding plaintiff's Motion. I told Mr. Noa that plaintiff intended to file a motion to withdraw and provided defendants' counsel with a copy of plaintiff's motion. Mr. Noa advised that defendants do not oppose the motion to withdraw and agree that Rule 7.1.1 has been satisfied as the parties met and conferred with respect to the subject matter of plaintiff's motion.

Dated: June 4, 2025

                                        SMITH, KATZENSTEIN & JENKINS LLP

*Of counsel:*                                     */s/ Jason Z. Miller*

                                        Jason Z. Miller (No. 6310)

Daniel F. Markham                  Daniel A. Taylor (No. 6934)

Michael Levin                          1000 West Street, Suite 1501

WROBEL MARKHAM LLP           Wilmington, Delaware 19801

1407 Broadway, Suite 4002          (302) 652-8400

New York, New York 10018         jzm@skjlaw.com

(212) 421-8100                         dat@skjlaw.com

                                        *Attorneys for Plaintiff Benjamin Bin Chow*

Case 1:22-cv-00947-JLH-SRF   Document 87-2   Filed 06/04/25   Page 2 of 2 PageID #: 1280