# SMITH KATZENSTEIN JENKINS LLP

*Via CM/ECF*

The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
Unit 14, Room 6100
844 North King Street
Wilmington, DE 19801-3555

      Re:    *Chow v. Canyon Bridge Capital Management, LLC, et al.*
                C.A. No. 22-0947-JLH-SRF

Dear Magistrate Judge Fallon:

      Pursuant to the Court's June 18, 2025 Order at D.I. 88, Plaintiff respectfully submits, attached to this letter, proofs of service referencing the date on which Plaintiff was served with the Motion to Withdraw and the e-mail proof of service referencing service on Plaintiff of the Court's June 18, 2025 Order.

Dated: June 23, 2025

                                                Respectfully submitted,

                                                By: */s/ Jason Z. Miller*
                                                Jason Z. Miller (DE Bar No. 6310)
                                                Daniel A. Taylor (DE Bar No. 6934)
                                                **SMITH, KATZENSTEIN & JENKINS, LLP**
                                                1000 N. West Street, Suite 1501
                                                Wilmington, DE 19801
                                                Tel.: (302) 504-1658
                                                jzm@skjlaw.com
                                                dat@skjlaw.com

                                                Of Counsel:
                                                Daniel F. Markham
                                                Michael Levin
                                                Jodie Gerard
                                                **WROBEL MARKHAM LLP**
                                                1407 Broadway, Suite 4002
                                                New York, NY 10018
                                                Telephone:    (212) 421-8100
                                                dmarkham@wmlawny.com
                                                mlevin@wmlawny.com
                                                gerard@wmlawny.com

*Counsel for Plaintiff*

Enclosures
cc:    Clerk of Court (via Hand Delivery)
        Counsel of Record (via CM/ECF)