| | |
|---|---|
| **From:** | BEN CHOW |
| **To:** | Jason Miller |
| **Cc:** | Daniel Markham; Jodie Gerard |
| **Subject:** | Re: Activity in Case 1:22-cv-00947-JLH-SRF Chow v. Canyon Bridge Capital Management, LLC et al Oral Order |
| **Date:** | Wednesday, June 18, 2025 2:36:27 PM |



Received the email. Yes, I will be attending the video conference.
Sent from my iPhone

> On Jun 18, 2025, at 9:44 AM, Jason Miller <jm@skjlaw.com> wrote:
>
> Ben,
>
> Please see below for an Order that was just now issued by the Court.  Would you please respond confirming receipt of this email?  Also, please confirm that you will be able to attend the videoconference the Court has scheduled for July 2, 2025 at 3 p.m. ET?
>
> Thanks,
> Jason
>
> ---
>
> **From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
> **Sent:** Wednesday, June 18, 2025 12:35 PM
> **To:** ded_ecf@ded.uscourts.gov
> **Subject:** Activity in Case 1:22-cv-00947-JLH-SRF Chow v. Canyon Bridge Capital Management, LLC et al Oral Order
>
> EXTERNAL EMAIL
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a**

copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/18/2025 at 12:34 PM EDT and filed on 6/18/2025

**Case Name:** Chow v. Canyon Bridge Capital Management, LLC et al
**Case Number:** 1:22-cv-00947-JLH-SRF
**Filer:**
**Document Number:** 88(No document attached)

**Docket Text:**
**ORAL ORDER re [87] Motion to Withdraw as Attorney: IT IS ORDERED that a hearing on the Motion to Withdraw as Attorney will be held on July 2, 2025, at 3:00 p.m. via videoconference. Any party opposing the motion, which is represented as being "unopposed," shall file such opposition on or before the close of business today. On or before June 25, 2025, the withdrawing law firms for Plaintiff shall submit to James English at James_English@ded.uscourts.gov: (1) videoconference information for all participants, including the Court, the court reporter, and the law clerk, to connect to the video call; (2) a listen-only audio link for members of the public; (3) proof of service of this Oral Order; and (4) proof of service of the previously filed Motion to Withdraw (D.I. [87]). Plaintiff Benjamin Bin Chow shall participate on the videoconference and shall be prepared to state his position on his attorneys' motion to withdraw (D.I. [87]) and provide a status on his efforts to retain new counsel or whether he will be proceeding pro se. Withdrawing counsel for Plaintiff shall timely serve Plaintiff with a copy of this Oral Order within five (5) days. Ordered by Judge Sherry R. Fallon on 6/18/2025. (lih)**

**1:22-cv-00947-JLH-SRF Notice has been electronically mailed to:**

Myron T. Steele    msteele@potteranderson.com, dthompson@potteranderson.com

Matthew Foulger Davis    MDavis@potteranderson.com,

dstewart@potteranderson.com

Jesse Leon Noa    jnoa@potteranderson.com, bjeffery@potteranderson.com, dthompson@potteranderson.com, lmatos@potteranderson.com, mshaw@potteranderson.com, ntarantino@potteranderson.com

Jason Z. Miller    jm@skjlaw.com, adk@skjlaw.com, afd@skjlaw.com, mdaughton@skjlaw.com, vkm@skjlaw.com

Tyler E. Cragg    tcragg@potteranderson.com, dthompson@potteranderson.com

Adam R. Fox    adam.fox@squirepb.com

Jesse Taylor    jesse.taylor@squirepb.com

Shaun Kim    shaun.kim@squirepb.com

Chassica Soo    chassica.soo@squirepb.com

Jodie Gerard    gerard@wmlawny.com

MIchael J. Levin    mlevin@wmlawny.com

Daniel F. Markham    dmarkham@wmlawny.com

Daniel Taylor    dtaylor@skjlaw.com, dtpatent@recap.email, mdaughton@skjlaw.com

**1:22-cv-00947-JLH-SRF Filer will deliver document by other means to:**