IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANYON BRIDGE CAPITAL PARTNERS, )<br>LLC, a Cayman Islands Limited Liability )<br>Company, CANYON BRIDGE CAPITAL )<br>MANAGEMENT, LLC, a Delaware Limited )<br>Liability Company, CANYON BRIDGE )<br>FUND I, LP, a Cayman Islands Limited )<br>Partnership, HONG JOHN KAO, HEBER )<br>RAYMOND BINGHAM, and PETER CHIN )<br>KUO, )<br>)<br>Defendants. ) | C.A. No. 22-00947-JLH-SRF |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF DISCOVERY DEADLINES**

AND NOW, this _____ day of _____, 2025, having considered Plaintiff's Motion for Extension of Discovery Deadlines, and having found good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff shall serve responses and objections to (1) Defendants' First Set of Interrogatories to Plaintiff; (2) Defendants' First Set of Requests for Production to Plaintiff; and 3) Defendants' First Set of Requests for Admission to Plaintiff on or before July 14, 2025.

_____
The Honorable Sherry R. Fallon