Case 1:22-cv-00947-JLH-SRF   Document 94   Filed 06/26/25   Page 1 of 1 PageID #:
Case 1:22-cv-00947-JLH-SRF   Document 909   Filed 06/23/25   Page 1 of 1 PageID #:
1293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BENJAMIN BIN CHOW, )
)
Plaintiff, )
)
v. )
)
CANYON BRIDGE CAPITAL PARTNERS, )
LLC, a Cayman Islands Limited Liability )
Company, CANYON BRIDGE CAPITAL ) C.A. No. 22-00947-JLH-SRF
MANAGEMENT, LLC, a Delaware Limited )
Liability Company, CANYON BRIDGE )
FUND I, LP, a Cayman Islands Limited )
Partnership, HONG JOHN KAO, HEBER )
RAYMOND BINGHAM, and PETER CHIN )
KUO, )
)
Defendants. )

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
### FOR EXTENSION OF DISCOVERY DEADLINES

AND NOW, this 26th day of June, 2025, having considered Plaintiff's

Motion for Extension of Discovery Deadlines, and having found good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED *in part,* and Plaintiff shall serve

responses and objections to (1) Defendants' First Set of Interrogatories to Plaintiff; (2) Defendants' First

Set of Requests for Production to Plaintiff; and 3) Defendants' First Set of Requests for Admission to

Plaintiff on or before July 7, 2025. *The subject discovery requests were served on May 30, 2025, [D.I. 86], discovery is set to close on August 2, 2025, see D.I. 65, and Plaintiff provides no reason why he has not had sufficient time to continue the preparation of responses from the time they were served through the present.*

SRF

The Honorable Sherry R. Fallon