IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-0947-JLH-SRF |
| ) | |
| CANYON BRIDGE CAPITAL PARTNERS, ) | |
| LLC, a Cayman Islands Limited Liability ) | |
| Company, CANYON BRIDGE CAPITAL ) | |
| MANAGEMENT, LLC, a Delaware Limited ) | |
| Liability Company, CANYON BRIDGE ) | |
| FUND I, LP, a Cayman Islands Limited ) | |
| Partnership, HONG JOHN KAO, HEBER ) | |
| RAYMOND BINGHAM, and PETER CHIN ) | |
| KUO, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on June 30, 2025, I caused true and correct copies of the following:

1. **Plaintiff's First Set of Requests for Admission (Nos. 1-9) to Defendant Heber Raymond Bingham;**

2. **Plaintiff's First Set of Requests for Production (Nos. 1-23) to Defendant Heber Raymond Bingham;**

3. **Plaintiff's First Set of Interrogatories (Nos. 1-17) to Defendant Heber Raymond Bingham;**

4. **Plaintiff's First Set of Requests for Admission (Nos. 1-23) to Defendant Hong John Kao;**

5. **Plaintiff's First Set of Requests for Production (Nos. 1-27) to Defendant Hong John Kao;**

6. **Plaintiff's First Set of Interrogatories (Nos. 1-24) to Defendant Hong John Kao;**

7. **Plaintiff's First Set of Requests for Admission (Nos. 1-9) to Defendant Peter Chin Kuo;**

1

8. **Plaintiff's First Set of <u>Requests for Production (Nos. 1-24)</u> to Defendant Peter Chin Kuo;**

9. **Plaintiff's First Set of <u>Interrogatories (Nos. 1-20)</u> to Defendant Peter Chin Kuo;**

10. **Plaintiff's First Set of <u>Requests for Admission (Nos. 1-29)</u> to Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Capital Management, LLC, and Canyon Bridge Fund I;**

11. **Plaintiff's First Set of <u>Requests for Production (Nos. 1-21)</u> to Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Capital Management, LLC, and Canyon Bridge Fund I;**

12. **Plaintiff's First Set of <u>Interrogatories (Nos. 1-23)</u> to Defendants Canyon Bridge Capital Partners, LLC, Canyon Bridge Capital Management, LLC, and Canyon Bridge Fund I.**

to be served by electronic mail upon the following counsel of record:

Jesse Leon Noa
Myron T. Steele
Tyler E. Cragg
Matthew Foulger Davis
**POTTER ANDERSON & CORROON, LLP**
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6000
jnoa@potteranderson.com
msteele@potteranderson.com
tcragg@potteranderson.com
mdavis@potteranderson.com

Adam R. Fox
Chassica Soo
Jesse Taylor
Shaun Kim
**SQUIRE PATTON BOGGS (US) LLP**
555 South Flower St., 31st Floor
Los Angeles, CA 90071
213-624-2500
adam.fox@squirepb.com
chassica.soo@squirepb.com
jesse.taylor@squirepb.com
shaun.kim@squirepb.com

2

Dated: June 30, 2025

|  |  |
|---|---|
|  | SMITH, KATZENSTEIN & JENKINS LLP |
| *Of counsel:* | /s/ *Jason Z. Miller* |
|  | Jason Z. Miller (No. 6310) |
| Daniel F. Markham | Daniel A. Taylor (No. 6934) |
| Michael Levin | 1000 West Street, Suite 1501 |
| WROBEL MARKHAM LLP | Wilmington, Delaware 19801 |
| 1407 Broadway, Suite 4002 | (302) 652-8400 |
| New York, New York 10018 | jzm@skjlaw.com |
| (212) 421-8100 | dat@skjlaw.com |
|  |  |
|  | *Attorneys for Plaintiff Benjamin Bin Chow* |