IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN BIN CHOW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:22-cv-00947-JLH-SRF ) |
| CANYON BRIDGE CAPITAL PARTNERS, LLC, a Cayman Islands Limited Liability Company, CANYON BRIDGE CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company, CANYON BRIDGE FUND I, LP, a Cayman Islands Limited Partnership, HONG JOHN KAO, HEBER RAYMOND BINGHAM, and PETER CHIN KUO, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING SMITH, KATZENSTEIN & JENKINS AND WROBEL MARKHAM'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

UPON CONSIDERATION of Smith, Katzenstein & Jenkins and Wrobel Markham's Motion to Withdraw as Counsel for Plaintiff (D.I. 87), and for the reasons state on the record at the hearing on July 2, 2025, IT IS HEREBY ORDERED on this 2nd day of July 2025 that:

1. The Motion is GRANTED;

2. Smith, Katzenstein & Jenkins and Wrobel Markham are hereby WITHDRAWN as counsel for Plaintiff;

3. Plaintiff shall submit a letter to the court on or before July 9, 2025, that contains his contact information (a physical address and an email address) for purposes of service of pleadings and documents in this case;

4. Plaintiff's failure to comply with this Order may result in dismissal of this action.

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE